MILTON HERTZ, as Receiver in Equity of the LEVERICH REALTY CORPORATION, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Motion for

leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.